# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Netburn, Sarah | U.S. District Court for the Southern District of New York | 08/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Cuti Hecker Wang LLP -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Columbia Aggressive Growth NY 529 Portfolio Class A | D | Int./Div. | N | T | | | | | |
| 2. | | | | | | | | | |
| 3. IRA #1 Rollover; ▓▓▓▓ (H) | | | | | | | | | |
| 4. - iShares S&P 500 Growth ETF | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 5. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 6. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 7. - iShares S&P 500 Value ETF | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 8. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 9. - Vanguard FTSE All World Ex-US ETF | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 10. | | | | | Sold | 03/25/20 | J | | |
| 11. - Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 12. | | | | | Sold | 03/25/20 | J | | |
| 13. - Vanguard Index Funds Vanguard Mid Cap ETF | A | Dividend | | | Sold (part) | 01/02/20 | J | | |
| 14. | | | | | Sold | 03/25/20 | J | | |
| 15. - Vanguard Index Funds Vanguard Small Cap ETF | A | Dividend | | | Sold (part) | 01/02/20 | J | | |
| 16. | | | | | Sold | 03/25/20 | J | | |
| 17. - iShares U.S. Financials ETF | A | Dividend | | | Sold (part) | 01/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 03/25/20 | J | | |
| 19.  - SPDR Gold Shares ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 20. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 21.  - Biotec Index FD ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 22. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 23.  - iShares U.S. Heathcare ETF | A | Dividend | | | Buy | 01/02/20 | J | | |
| 24. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 25. | | | | | Sold | 08/07/20 | J | | |
| 26.  - iShares Core MSCI Emerging Markets<br>ETF | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 27.  - iShares Core S&P MidCap ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 28.  - iShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 29.  - Schwab U.S. SmallCap ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 30.  - Technology Select Sector SPDR ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 31.  - Industrial Select Sector SPDR Fund ETF | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 32. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 33.  - First Trust Indxx Nextg ETF | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | | |
| 36. | Account ▓▓▓ (H) | | | | | | | | | |
| 37. | UBS Bank USA Deposit Account | A | Interest | N | T | | | | | |
| 38. | | | | | | | | | | |
| 39. | | | | | | | | | | |
| 40. | ROTH IRA # 2; ▓▓▓ (H) | | | | | | | | | |
| 41. | - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 42. | - Eaton Vance Richard Bernstein Equity | A | Dividend | J | T | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | IRA #3 ETF4; ▓▓▓ (H) | | | | | | | | | |
| 46. | - iShares S&P 500 Growth ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 47. | | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 48. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 49. | | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 50. | - iShares S&P 500 Value ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 51. | | | | | | Buy<br>(add'l) | 03/04/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 53.    - iShares U.S. Treas Bond ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 54. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 56.    - iShares 1-3 Treas Bond | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 57. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 58. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 59.    - Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 60. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 61. | | | | | Sold | 03/25/20 | J | | |
| 62.    - Vanguard Index Funds Vanguard Mid Cap ETF DE | A | Dividend | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 63. | | | | | Sold | 03/25/20 | J | | |
| 64.    - Vanguard Index Funds Vanguard Small Cap ETF DE Sol | A | Dividend | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 66. | | | | | Sold | 03/25/20 | J | | |
| 67.    - Vanguard FTSE All World Ex-US ETF | A | Dividend | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 68. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 03/25/20 | J | | |
| 70. - Vanguard Short Term Corporate BD ETF DE | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 71. | | | | | Sold (part) | 03/04/20 | J | | |
| 72. | | | | | Sold (part) | 03/25/20 | J | | |
| 73. | | | | | Sold (part) | 08/11/20 | J | | |
| 74. - iShares U.S. Financials | A | Dividend | | | Sold (part) | 01/02/20 | J | | |
| 75. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 76. | | | | | Sold | 03/25/20 | J | | |
| 77. - First Trust Enhanced Short Mat Fund | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 78. | | | | | Sold (part) | 03/04/20 | J | | |
| 79. | | | | | Sold (part) | 03/25/20 | J | | |
| 80. - iShares iBoxx $ Investment Grade Corporate Bond ETF | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 81. | | | | | Sold (part) | 03/04/20 | J | | |
| 82. | | | | | Sold (part) | 03/25/20 | J | | |
| 83. - First Trust Low Duration Mortgage Opportunities EFT | A | Dividend | J | T | Sold (part) | 01/02/20 | J | | |
| 84. | | | | | Sold (part) | 03/04/20 | J | | |
| 85. | | | | | Buy (add'l) | 03/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    - SPDR Gold Shares ETF (GLD-448FQ1) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 87. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 88. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 89.    - Biotec Index FD ETF | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | | |
| 90. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 91. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 92.    - Schwab US TIPS ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 93. | | | | | Sold<br>(part) | 03/04/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 95.    - Invesco Emerging Markets Sovereign Debt<br>ETF | A | Dividend | | | Buy | 01/02/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 97. | | | | | Sold | 03/25/20 | J | | |
| 98.    - iShares U.S. Healthcare ETF | A | Dividend | | | Buy | 01/02/20 | J | | |
| 99. | | | | | Sold | 08/07/20 | J | | |
| 100.   - iShares Broad USD High Yield Bond ETF | A | Dividend | | | Buy | 03/04/20 | J | | |
| 101. | | | | | Sold | 03/20/20 | J | | |
| 102.   - iShares Core MSCI Emerging Markets<br>ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - iShares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 104. - iShares MSCI EAFE ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 105. - Schwab U.S. Small Cap ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 106. - Technology Select Sector SPDR ETF | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 107. - Industrial Select Sector SPDR Fund ETF | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 108. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 109. - First Trust Indxx Nextg ETF | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 110. - JP Morgan Ultra-Short Income ETF | A | Dividend | J | T | Buy | 08/11/20 | J | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. Joint Int Muni Acct; EX███ | | | | | | | | | |
| 114. - NEW YORK ST DORM AUTH ST RV BE/R/ 5 DUE 031539 DTD 062819 CALLABLE F | B | Interest | L | T | Buy | 02/06/20 | L | | |
| 115. - BATTERY PK CITY NY SR B RV BE/R/ 5 DUE 110138 DTD 080619 CALLABLE FC | A | Interest | L | T | Buy | 02/11/20 | L | | |
| 116. - METROPOLITAN TRANSN AUTH RV NTS BE/R/ 4 DUE 020122 DTD 010820 FC 051 | A | Interest | J | T | Buy | 02/11/20 | K | | |
| 117. | | | | | Sold (part) | 04/27/20 | K | | |
| 118. - TRIBOROUGH BRDG & TUNL A RV LOC CITIB BE/R/ .98 110132 DTD 103018 CA | A | Interest | L | T | Buy | 02/27/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119.  - NEW YORK ST DORM AUTH RE SR A RV BE/R/ 5 DUE 070130 DTD 040220 FC 07 | A | Interest | L | T | Buy | 03/12/20 | L | | |
| 120.  - NEW YORK ST DORM AUTH ST RV BE/R/ 5 DUE 021530 DTD 010320 FC 081520 | A | Interest | K | T | Buy | 03/18/20 | K | | |
| 121.  - NASSAU CNTY NTS BE/R/ 2 DUE 091420 DTD 121219 FC 091420 1.759% YIELD | A | Int./Div. | | | Buy | 04/08/20 | L | | |
| 122. | | | | | Redeemed | 09/14/20 | L | | |
| 123.  - NEW YORK NY CITY TRANSI C-1 RV BE/R/ 5 DUE 050133 DTD 052020 CALLABL | A | Interest | L | T | Buy | 05/14/20 | L | | |
| 124.  - WESTCHESTER CNTY NY BE/R/ 5 DUE 121527 DTD 121819 FC 121520 0.900% Y | B | Interest | L | T | Buy | 05/14/20 | L | | |
| 125.  - NEW YORK CITY TRANSITION SR B BE/R/ 5 DUE 020121 DTD 082802 0.199% Y | A | Interest | K | T | Buy | 05/27/20 | K | | |
| 126.  - LONG IS PWR AUTH NY ELE SR A RV BE/R/ 5 DUE 090132 DTD 082020 CALLAB | A | Interest | K | T | Buy | 08/07/20 | K | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129.  Joint PMP Notes Acct; ▓▓▓▓ | | | | | | | | | |
| 130.  - BOFA FINANCE LLC L/O TA-CYN NDX XSPDSX 02/17/2023 | A | Interest | | | Buy | 02/14/20 | J | | |
| 131. | | | | | Redeemed | 11/18/20 | J | | |
| 132.  - JPMORGAN CHASE NA BAR MLCD SPX 02/28/2022 | A | Interest | K | T | Buy | 02/25/20 | K | | |
| 133.  - CITIGROUP GLOBAL MARKETS L/O TA CYN SPX SOLEW 02/28/2030 | A | Interest | K | T | Buy | 02/26/20 | K | | |

| 1 | Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134. - ROYAL BANK OF CANADA L/O TA-CYN NDX RTY 03/09/2023 | A | Interest | | | Buy | 03/06/20 | J | | |
| 135. | | | | | Redeemed | 09/10/20 | K | | |
| 136. - BOFA FINANCE LLC TA-CYN SPX 03/17/2022 | A | Interest | | | Buy | 03/13/20 | J | | |
| 137. | | | | | Redeemed | 09/16/20 | J | | |
| 138. - BARCLAYS BANK PLC TC-YN SPX 06/30/2021 7.50% | A | Interest | | | Buy | 06/24/20 | K | | |
| 139. | | | | | Redeemed | 09/28/20 | K | | |
| 140. - BOFA FINANCE LLC L/O TA-CYN MDY SPY 07/06/2022 | A | Interest | K | T | Buy | 07/01/20 | K | | |
| 141. - CREDIT SUISSE AG L/O TA-CYN DJI RTY 07/15/2024 | A | Interest | K | T | Buy | 07/10/20 | K | | |
| 142. - MORGAN STANLEY FINANCE TA-CYN MDY 07/21/2022 | A | Interest | K | T | Buy | 07/17/20 | K | | |
| 143. - GS FINANCE CORP TC-YN MDY 07/27/2021 6.90% | A | Interest | | | Buy | 07/22/20 | K | | |
| 144. | | | | | Redeemed | 10/27/20 | K | | |
| 145. - CREDIT SUISSE AG TC-YN SPX 08/04/2021 7.10% | A | Interest | | | Buy | 07/31/20 | K | | |
| 146. | | | | | Redeemed | 12/02/20 | K | | |
| 147. - MORGAN STANLEY FINANCE L/O TA-CYN RTY SPX 08/10/2023 | A | Interest | K | T | Buy | 08/07/20 | K | | |
| 148. - MORGAN STANLEY FINANCE TA-CYN RSP 08/17/2022 | A | Interest | | | Buy | 08/12/20 | K | | |
| 149. | | | | | Redeemed | 11/16/20 | K | | |
| 150. -GS FINANCE CORP TC-YN SPX 09/21/2021 7.00% | A | Interest | | | Buy | 09/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. | | | | | Redeemed | 12/21/20 | J | | |
| 152. - BANK OF NOVA SCOTIA TA-CYN SPX 09/21/2023 | A | Interest | | | Buy | 09/18/20 | J | | |
| 153. | | | | | Redeemed | 12/22/20 | J | | |
| 154. - BARCLAYS BANK PLC L/O TA-CYN NDX SPX 10/06/2022 | A | Interest | K | T | Buy | 10/02/20 | K | | |
| 155. - MORGAN STANLEY FINANCE L/O TACYN NDX RTY 11/16/2023 | A | Interest | K | T | Buy | 11/13/20 | K | | |
| 156. - CITIGROUP GLOBAL MARKETS L/O TACYN SOLEW SPX 11/29/2030 | A | Interest | K | T | Buy | 11/25/20 | K | | |
| 157. - CITIGROUP GLOBAL MARKETS L/O TACYN EEM IWM 12/09/2025 | A | Interest | K | T | Buy | 12/04/20 | K | | |
| 158. - MORGAN STANLEY FINANCE L/O TACYN NDX RTY 12/16/2025 | A | Interest | K | T | Buy | 12/11/20 | K | | |
| 159. - GS FINANCE CORP L/O TA-CYN NDX RTY 12/29/2023 | A | Interest | K | T | Buy | 12/29/20 | K | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. Acct | | | | | | | | | |
| 163. - UBS Portfolio Management Program -- Moderate Risk Profile | A | Int./Div. | | | Buy | 02/04/20 | L | | |
| 164. | | | | | Sold | 06/19/20 | L | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. Acct | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Netburn, Sarah** | 08/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168.  - UBS Portfolio Management Program -- Moderate Risk Profile | A | Int./Div. | | | Buy | 02/04/20 | L | | |
| 169. | | | | | Sold | 06/19/20 | L | C | |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Netburn, Sarah | 08/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Account listed as "IRA #4 (H)" in my 2019 Report was closed before 2020. Accounts EX          and EX          were opened in 2020 and closed in 2020.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah Netburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544